Name and address:
KELLEY DRYE & WARREN LLP
Richard DeLossa (STATE BAR NO. 245181)
James B. Saylor (pro hac vice pending)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANCHOR HOLDINGS LIMITED, an English Limited Company,<br><br>Plaintiff(s)<br>v.<br>UPPER EAST SIDE SUITES LLC, a Delaware Limited Liability Company, BENEDETTO CICO, an individual, and CARLA CICO, an individual,<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-cv-05447-MMM-FFM<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**
(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; **note that electronic signatures are not accepted**. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*
(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*
(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

**SECTION I - INFORMATION**

Saylor, James B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Kelley Drye & Warren LLP
*Firm Name*

101 Park Avenue  (212) 808-5052  (212) 808-7897
　　　　　　　　　　*Telephone Number*　*Fax Number*

*Street Address*
New York, New York 10178　　jsaylor@kelleydrye.com
*City, State, Zip Code*　　　　*E-Mail Address*

**I have been retained to represent the following parties:**

| | | | |
|---|---|---|---|
| Anchor Holdings Limited | [x] Plaintiff | [ ] Defendant | [ ] Other: |
| | [ ] Plaintiff | [ ] Defendant | [ ] Other: |

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| New York | 6/1/2013 | Yes |
| Southern District of New York | 8/1/2013 | Yes |
| Eastern District of New York | 8/1/2013 | Yes |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California ?  ☐ Yes  ☒ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☒ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated September 10, 2015    James B. Saylor
_____    _____
                            *Applicant's Name (please type or print)*

                            _____
                            *Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

DeLossa, Richard
*Designee's Name (Last Name, First Name & Middle Initial)*

Kelley Drye & Warren LLP
*Firm Name*

10100 Santa Monica Boulevard, Twenty-Third Floor

*Street Address*

Los Angeles, California 90067-4008
*City, State, Zip Code*

(312) 712-6100
*Telephone Number*

(312) 712-6199
*Fax Number*

rdelossa@kelleydrye.com
*E-Mail Address*

245181
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel.**

Dated September 10, 2015          Richard DeLossa
                                  *Designee's Name (please type or print)*

                                  *Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10100 Santa Monica Boulevard, Suite 2300, Los Angeles, California 90067.

On September 10, 2015 I served true copies of the following document(s) described as

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**[PROPOSED] ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

on the interested parties in this action as follows:

| | |
|---|---|
| Upper East Side Suites LLC<br>201 Stuyvesant Drive<br>San Anselmo, California 94960 | Benedetto Cico<br>Upper East Side Suites LLC<br>201 Stuyvesant Drive<br>San Anselmo, California 94960 |

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kelley Drye & Warren LLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made..

Executed on September 10, 2015, at Los Angeles, California.

_____
Wanda Taylor