Name and address:
KELLEY DRYE & WARREN LLP
Richard DeLossa (STATE BAR NO. 245181)
James B. Saylor (pro hac vice pending)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANCHOR HOLDINGS LIMITED, an English Limited Company, <br> Plaintiff(s) <br> v. <br> UPPER EAST SIDE SUITES LLC, a Delaware Limited Liability Company, BENEDETTO CICO, an individual, and CARLA CICO, an individual, <br> Defendant(s). | CASE NUMBER <br> 2:15-cv-05446-MMM-FFM <br><br> (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Saylor, James B.  of  KELLEY DRYE & WARREN LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*  101 Park Avenue
  New York, New York 10178
(212) 808-5052   (212) 808-7897
*Telephone Number*   *Fax Number*   *Firm Name & Address*

jsaylor@kelleydrye.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Anchor Holdings Limited

*Name(s) of Party(ies) Represented*   [x] Plaintiff   [ ] Defendant   [ ] Other:

and designating as **Local Counsel**

DeLossa, Richard  of  KELLEY DRYE & WARREN LLP
*Designee's Name (Last Name, First Name & Middle Initial)*  10100 Santa Monica Boulevard, Twenty-Third Floor
  Los Angeles, California 90067-4008
245181   (310) 712-6100
*Designee's Cal. Bar Number*   *Telephone Number*
   (310) 712-6199   *Firm Name & Address*
   *Fax Number*   rdelossa@kelleydrye.com
    *E-Mail Address*

hereby ORDERS the Application be:

[ ] GRANTED.

[ ] DENIED.  Fee shall be returned by the Clerk.

[ ] DENIED, for failure to pay the required fee.

Dated _____   _____
   U.S. District Judge/U.S. Magistrate Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10100 Santa Monica Boulevard, Suite 2300, Los Angeles, California 90067.

On September 10, 2015 I served true copies of the following document(s) described as

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**[PROPOSED] ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

on the interested parties in this action as follows:

| | |
|---|---|
| Upper East Side Suites LLC<br>201 Stuyvesant Drive<br>San Anselmo, California 94960 | Benedetto Cico<br>Upper East Side Suites LLC<br>201 Stuyvesant Drive<br>San Anselmo, California 94960 |

☒   **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kelley Drye & Warren LLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made..

Executed on September 10, 2015, at Los Angeles, California.

_____
Wanda Taylor