KELLEY DRYE & WARREN LLP
Richard DeLossa (State Bar No. 245181)
James B. Saylor (pro hac vice pending)
10100 Santa Monica Boulevard, Twenty-Third Fl
Los Angeles, California 900657-4008
Telephone: (310) 712-6100
Facsimile:  (310) 712-6199

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANCHOR HOLDINGS LIMITED, an English Limited Company,<br><br>Plaintiff(s)<br><br>v.<br><br>UPPER EAST SIDE SUITES LLC, a Delaware Limited Liability Company, BENEDETTO CICO, an individual, and CARLA CICO, an individual<br>Defendant(s). | CASE NUMBER<br><br>2:15-cv-05446-MMM-FFM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Saylor, James B.
*Applicant=s Name (Last Name, First Name & Middle Initial)*

(212) 808-5052         (212) 808-7897
*Telephone Number*     *Fax Number*

jstaylor@kelleydrye.com
*E-Mail Address*

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Anchor Holdings Limited

*Name(s) of Party(ies) Represented*    **X** *Plaintiff* s    *Defendant*    *Other:*

**and designating as Local Counsel**

DeLossa, Richard                                    of
*Designee's Name (Last Name, First Name & Middle Initial)*

245181           (310) 712-6100
*Designee's Cal. Bar Number*   *Telephone Number*

             (310) 712-6199
             *Fax Number*

KELLEY DRYE & WARREN LLP
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-408

*Firm Name & Address*

rdelossa@kelleydrye.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated** _____                    _____
                                                   **U.S. District Judge/U.S. Magistrate Judge**