# EXHIBIT A

KELLEY DRYE & WARREN LLP
  Richard DeLossa (STATE BAR NO. 245181)
  James B. Saylor (*pro hac vice* forthcoming)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
rdelossa@kelleydrye.com
jsaylor@kelleydrye.com

Attorneys for Plaintiff Anchor Holdings Limited

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANCHOR HOLDINGS LIMITED, an English Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>UPPER EAST SIDE SUITES LLC, a Delaware Limited Liability Company, BENEDETTO CICO, an individual, and CARLA CICO, an individual.<br><br>Defendants. | CASE NO. 2:15-cv-05447 MMM (FFMx)<br><br>Honorable Margaret M. Morrow<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Action Filed: July 17, 2015<br>Complaint Served: August 12, 2015 |

PROOF OF SERVICE

| Attorney or Party without Attorney:<br>RICHARD F. DELOSSA, ESQ., Bar #245181<br>KELLEY DRYE & WARREN LLP<br>10100 SANTA MONICA BOULEVARD<br>23RD FLOOR<br>LOS ANGELES, CA 90067<br>Telephone No: 310-712-6100    FAX No: 310-712-6199 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California - Western Division | |
| Plaintiff: ANCHOR HOLDINGS LIMITED, AN ENGLISH LIMITED COMPANY<br>Defendant: UPPER EAST SIDE SUITES LLC, ETC., ET AL. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:15-CV-05447-MMM-FFM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; WAIVER OF THE SERVICE OF SUMMONS; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1).

3. a. Party served:   UPPER EAST SIDE SUITES, LLC, A DELAWARE LIMITED LIABILITY CORPORATION
   b. Person served:  BENEDETTO CICO, PERSON AUTHORIZED TO ACCEPT SERVICE, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:   201 STUYVESANT DRIVE
   SAN ANSELMO, CA 94960

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Aug. 12, 2015 (2) at: 7:38PM

7. *Person Who Served Papers:*
   a. MATTHEW ANDERSON

   First Legal
   1138 Howard Street
   San Francisco, CA 94103
   Telephone  (415) 626-3111
   Fax        (415) 626-1331
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  *Registration No.:*  97
       (iii) *County:*            Marin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Aug. 17, 2015

   (MATTHEW ANDERSON)

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007            PROOF OF SERVICE            2762786   .ricdel.721755

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10100 Santa Monica Boulevard, Suite 2300, Los Angeles, California 90067.

On August 28, 2015 I served true copies of the following document(s) described as **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** on the interested parties in this action as follows:

Upper East Side Suites LLC
201 Stuyvesant Drive
San Anselmo, California 94960

Benedetto Cico
Upper East Side Suites LLC
201 Stuyvesant Drive
San Anselmo, California 94960

☒ **BY MAIL**: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kelley Drye & Warren LLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made..

Executed on August 28, 2015, at Los Angeles, California.

_____
Wanda Taylor

PROOF OF SERVICE

KELLEY DRYE & WARREN LLP
  Richard DeLossa (STATE BAR NO. 245181)
  James B. Saylor (*pro hac vice* forthcoming)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
rdelossa@kelleydrye.com
jsaylor@kelleydrye.com

Attorneys for Plaintiff Anchor Holdings Limited

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANCHOR HOLDINGS LIMITED, an English Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>UPPER EAST SIDE SUITES LLC, a Delaware Limited Liability Company, BENEDETTO CICO, an individual, and CARLA CICO, an individual.<br><br>Defendants. | **CASE NO. 2:15-cv-05447 MMM (FFMx)**<br><br>Honorable Margaret M. Morrow<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Action Filed: July 17, 2015<br>Complaint Served: August 12, 2015 |

PROOF OF SERVICE

| Attorney or Party without Attorney: <br> RICHARD F. DELOSSA, ESQ., Bar #245181 <br> KELLEY DRYE & WARREN LLP <br> 10100 SANTA MONICA BOULEVARD <br> 23RD FLOOR <br> LOS ANGELES, CA 90067 <br> Telephone No: 310-712-6100    FAX No: 310-712-6199 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California - Western Division

Plaintiff: ANCHOR HOLDINGS LIMITED, AN ENGLISH LIMITED COMPANY
Defendant: UPPER EAST SIDE SUITES LLC, ETC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:15-CV-05447-MMM-FFM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; WAIVER OF THE SERVICE OF SUMMONS; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1).

3. a. Party served:             BENEDETTO CICO, AN INDIVIDUAL
   b. Person served:            PARTY IN ITEM 3A. SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:    201 STUYVESANT DRIVE
                                          SAN ANSELMO, CA 94960

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Aug. 12, 2015 (2) at: 7:38PM

7. *Person Who Served Papers:*                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MATTHEW ANDERSON                          d. *The Fee for Service was:*

   First Legal
   1138 Howard Street
   San Francisco, CA 94103
   Telephone  (415) 626-3111
   Fax        (415) 626-1331
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   97
      (iii) County:             Marin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Aug. 17, 2015

                                                                          (MATTHEW ANDERSON)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007                                              2762825  .ricdel.721756

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10100 Santa Monica Boulevard, Suite 2300, Los Angeles, California 90067.

On August 28, 2015 I served true copies of the following document(s) described as **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** on the interested parties in this action as follows:

Upper East Side Suites LLC
201 Stuyvesant Drive
San Anselmo, California 94960

Benedetto Cico
Upper East Side Suites LLC
201 Stuyvesant Drive
San Anselmo, California 94960

☒ **BY MAIL**: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kelley Drye & Warren LLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made..

Executed on August 28, 2015, at Los Angeles, California.

_____
Wanda Taylor