KELLEY DRYE & WARREN LLP
  Richard DeLossa (STATE BAR NO. 245181)
  James B. Saylor (admitted *pro hac vice*)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
rdelossa@kelleydrye.com
jsaylor@kelleydrye.com

Attorneys for Plaintiff Anchor Holdings Limited

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANCHOR HOLDINGS LIMITED, an English Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>UPPER EAST SIDE SUITES LLC, a Delaware Limited Liability Company, BENEDETTO CICO, an individual, and CARLA CICO, an individual.<br><br>Defendants. | **CASE NO. 2:15-cv-05447-MMM-FFM**<br><br>**[PROPOSED] DEFAULT BY CLERK**<br><br>*[Request for Entry of Default and Declaration of James B. Saylor filed concurrently herewith]* |

It appearing from the records in the above-entitled action that Summons has been served upon Defendants Upper East Side Suites LLC ("UESS") and Benedetto Cico, and it further appearing from the declaration of counsel for Plaintiff Anchor Holdings Limited ("Plaintiff" or "Anchor"), and other evidence as required by Federal Rule of Civil Procedure 55(a), that UESS and Bendetto Cico have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

**NOW THEREFORE**, on request of counsel for Plaintiff, the **DEFAULT** of Defendants Upper East Side Suites LLC and Benedetto Cico is hereby entered:

Dated: September __, 2015

By: _____
    Deputy Clerk

Respectfully submitted by:

DATED: September 28, 2015     KELLEY DRYE & WARREN LLP

Richard F. DeLossa (STATE BAR NO. 245181)
James B. Saylor (admitted *pro hac vice*)


By  //s// James B. Saylor

Attorneys for Anchor Holdings, Ltd.