KELLEY DRYE & WARREN LLP
  Richard DeLossa (STATE BAR NO. 245181)
  James B. Saylor (admitted *pro hac vice*)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
rdelossa@kelleydrye.com
jsaylor@kelleydrye.com

Attorneys for Plaintiff Anchor Holdings Limited

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANCHOR HOLDINGS LIMITED, an English Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>UPPER EAST SIDE SUITES LLC, a Delaware Limited Liability Company, BENEDETTO CICO, an individual, and CARLA CICO, an individual.<br><br>Defendants. | CASE NO. 2:15-cv-05447-MMM-FFM<br><br>**NOTICE OF ERRATA** |

PLEASE TAKE NOTICE that Docket Entry 17, "Request for Default Judgment against Defendants Upper East Side Suites LLC and Benedetto Cico filed by Plaintiff Anchor Holdings Limited," was inadvertently filed under the incorrect event category.  That document, along with its supporting attachments, has been refiled under the proper event category as Docket Entry 19, "Request for Clerk to Enter Default against defendants Benedetto Cico, Upper East Side Suites LLC filed by Plaintiff Anchor Holdings Limited."

We thank the Court for its attention to this matter.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 28, 2015 | By  //s// James B. Saylor |
| 3 | | James B. Saylor (admitted *pro hac vice*) |
| | | KELLEY DRYE & WARREN LLP |
| 4 | | |
| 5 | | Attorneys for Anchor Holdings, Ltd. |

NOTICE OF ERRATA

2