KELLEY DRYE & WARREN LLP
  Richard DeLossa (STATE BAR NO. 245181)
  James B. Saylor (admitted *pro hac vice*)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
rdelossa@kelleydrye.com
jsaylor@kelleydrye.com

Attorneys for Plaintiff Anchor Holdings
Limited

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANCHOR HOLDINGS LIMITED, an English Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>UPPER EAST SIDE SUITES LLC, a Delaware Limited Liability Company, BENEDETTO CICO, an individual, and CARLA CICO, an individual.<br><br>Defendants. | **CASE NO. 2:15-cv-05447-MMM-FFM**<br><br>**MOTION FOR EXTENSION OF DEADLINE TO MOVE FOR DEFAULT JUDGMENT**<br><br>*[Proposed Order filed concurrently herewith]* |

Plaintiff Anchor Holdings Limited ("Plaintiff" or "Anchor"), by and through its attorneys Kelley Drye & Warren LLP, hereby requests that the Court extend the current deadline to file a motion for default judgment against Defendants Upper East Side Suites LLC ("Upper East Side") and Benedetto Cico from October 26, 2015 to November 25, 2015. This requested extension is to accommodate the contemplated addition of new plaintiffs to this action and the assertion of additional allegations against Upper East Side and Benedetto Cico in an Amended Complaint.

On September 28, 2015, Anchor requested that the Clerk of this Court enter

NY01\SaylJ\4228021.1

1   default against Upper East Side and Benedetto Cico pursuant to Federal Rule of
2   Civil Procedure 55(a) as a result of their failure to respond to the Complaint in a
3   timely manner. *See* Dkt. No. 19. The Clerk entered the requested default on
4   September 29, 2015. *See* Dkt. No. 20. On September 30, 2015, this Court ordered
5   that Anchor file a motion for default judgment against Upper East Side and
6   Benedetto Cico on or before October 26, 2015. *See* Dkt. No. 22.

7        Anchor hereby requests an extension of the October 26, 2015 deadline to file
8   a motion for default judgment to November 25, 2015. Following entry of default
9   against Upper East Side and Benedetto Cico, several non-party minority
10  shareholders of Upper East Side provided additional facts relevant to Anchor's
11  claims and not previously known to Anchor, and expressed their intention to join the
12  present action against all Defendants. In light of the discovery of new facts
13  regarding the claims asserted in the Complaint, and the desire by additional minority
14  shareholders to join in the action against all Defendants, Anchor seeks to amend the
15  current Complaint and therefore requests relief from the present October 26, 2015
16  deadline to move for default judgment against Defendants Upper East Side and
17  Benedetto Cico.

18       The requested extended deadline of November 25, 2015 will allow for joint
19  representation agreements to be finalized, and for the drafting of an Amended
20
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

1    Complaint against all Defendants. A proposed order is submitted herewith for the

2    Court's consideration.

3       We thank the Court for its attention to this matter.

4

5                         Respectfully submitted:

6

7

8    DATED: October 26, 2015        KELLEY DRYE & WARREN LLP

9                         Richard F. DeLossa (STATE BAR NO. 245181)

10                        James B. Saylor (admitted *pro hac vice*)

11

12                        By */s/ Richard Delossa*

13                           Richard Delosaa

14                        Attorney for Anchor Holdings, Ltd.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Certificate of Service

I hereby certify that on this 26th date of October 2015, the foregoing document and accompanying proposed order was electronically filed and served via U.S. mail and electronic mail on the following:

Upper East Side Suites LLC
201 Stuyvesant Drive
San Anselmo, California 94960
cico@usabound.com

Benedetto Cico
Upper East Side Suites LLC
201 Stuyvesant Drive
San Anselmo, California 94960
cico@usabound.com

Carla Cico
Upper East Side Suiets LLC
Strada Castellana, 30/a
37128, Verona, Italy
ccico@mac.com

Wanda Taylor

NY01\SaylJ\4228021.1