KELLEY DRYE & WARREN LLP
  Richard DeLossa (STATE BAR NO. 245181)
  James B. Saylor (admitted *pro hac vice*)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
rdelossa@kelleydrye.com
jsaylor@kelleydrye.com

Attorneys for Plaintiff Anchor Holdings
Limited

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANCHOR HOLDINGS LIMITED, an English Limited Company,<br><br>        Plaintiff,<br><br>    v.<br><br>UPPER EAST SIDE SUITES LLC, a Delaware Limited Liability Company, BENEDETTO CICO, an individual, and CARLA CICO, an individual.<br><br>        Defendants. | **CASE NO. 2:15-cv-05447-MMM-FFM**<br><br>**[PROPOSED] ORDER** |

The Court, having reviewed the Motion of Plaintiff Anchor Holdings Limited ("Plaintiff" or "Anchor") to extend the October 26, 2015 deadline by which it is required to file a motion for default judgment against Defendants Upper East Side Suites LLC and Benedetto Cico, and it appearing that good cause exists for the requested extension:

**IT IS HEREBY ORDERED** that the time by which Plaintiff must file its

//

//

//

1  motion for default judgment against defendants Upper East Side Suites LLC and

2  Benedetto Cico is hereby extended from October 26, 2015 to November 25, 2015.

3

4

5  Dated: October __, 2015

6

7                                    By: _____

8                                         The Honorable Margaret M. Morrow
                                          United States District Judge
9
   Respectfully submitted by:
10

11

12  DATED: October 26, 2015        KELLEY DRYE & WARREN LLP

13
                                    Richard F. DeLossa (STATE BAR NO. 245181)
14                                  James B. Saylor (admitted *pro hac vice*)

15

16
                                    By */s/ Richard Delosaa*
17                                       Richard Delosa
                                    Attorney for Anchor Holdings, Ltd.
18

19

20

21

22

23

24

25

26

27

28