KELLEY DRYE & WARREN LLP
  Richard DeLossa (STATE BAR NO. 245181)
  James B. Saylor (admitted *pro hac vice*)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
rdelossa@kelleydrye.com
jsaylor@kelleydrye.com

Attorneys for Plaintiff Anchor Holdings Limited

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANCHOR HOLDINGS LIMITED, an English Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>UPPER EAST SIDE SUITES LLC, a Delaware Limited Liability Company, BENEDETTO CICO, an individual, and CARLA CICO, an individual.<br><br>Defendants. | **CASE NO. 2:15-cv-05447-MMM-FFMx**<br><br>**[PROPOSED] ORDER** |

The Court, having reviewed the Request of Plaintiff Anchor Holdings Limited ("Plaintiff" or "Anchor") to continue the October 26, 2015 deadline by which it is required to file a motion for default judgment against Defendants Upper East Side Suites LLC and Benedetto Cico, and it appearing that good cause exists for the requested extension:

//

//

//

//

[PROPOSED] ORDER

1  **IT IS HEREBY ORDERED** that the time by which Plaintiff must file its
2  motion for default judgment against defendants Upper East Side Suites LLC and
3  Benedetto Cico is hereby continued from October 26, 2015 to November 25, 2015.

6  Dated: October 27, 2015

8  By: _____
9  The Honorable Margaret M. Morrow
   United States District Judge

10 Respectfully submitted by:

13 DATED: October 27, 2015          KELLEY DRYE & WARREN LLP

   Richard F. DeLossa (STATE BAR NO. 245181)
15 James B. Saylor (admitted *pro hac vice*)

18 By */s/Richard Delossa*

19 Attorneys for Anchor Holdings, Ltd.