KELLEY DRYE & WARREN LLP
Richard DeLossa (Bar No. 245181)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712 6100
Facsimile: (310) 712 6199
rdelossa@kelleydrye.com

KELLEY DRYE & WARREN LLP
  James B. Saylor (admitted *pro hac vice*)
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
jsaylor@kelleydrye.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANCHOR HOLDINGS LIMITED, an English Limited Company, FAVOURITE LIMITED, a Cayman Islands Limited Company, CAP 18 SRL, an Italian Limited Liablity Company, CARLO OLIVIERI, an individual, MAURA MASOLA, an individual, CLAUDIO GATELLI, an individual, SGHEDONI GRAZIANO, an individual, ALBERTO BRENTEGANI, an individual; ANDIA SRL, an Italian Limited Liability Company, SIRIO SRL an Italian Limited Liability Company, AFIL SRL, an Italian Limited Liability Company, MARCO BONESINI, an individual, and OILE SRL, an Italian Limited Liability Company,<br><br>      Plaintiffs,<br><br>    v.<br><br>BENEDETTO CICO, an individual, and CARLA CICO, an individual.<br><br>      Defendants. | **CASE NO. 2:15-cv-05447-SJO-FFM**<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

**PLEASE TAKE NOTICE** that Plaintiffs Anchor Holdings Limited, Favourite Limited, Cap 18 SRL, Carlo Olivieri, Maura Masola, Claudio Gatelli, Sghedoni Graziano, Alberto Brentegani, Andia SRL, Sirio SRL, Afil SRL, Marco Bonesini, and Oile SRL (collectively, "Plaintiffs") pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss all claims in this action *without prejudice* as to Defendants Benedetto Cico and Carla Cico.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

    **(1)** *By the Plaintiff.*

        (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

        \*        \*        \*

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

DATED: February 25, 2016        Respectfully submitted,

KELLEY DRYE & WARREN LLP

Richard F. DeLossa
James B. Saylor (admitted *pro hac vice*)

By  //s// James B. Saylor

*Attorneys for Plaintiffs*

# PROOF OF SERVICE

**STATE OF NEW YORK, COUNTY OF NEW YORK**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of New York, State of New York. My business address is Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York, 10178.

On February 25, 2016, I served a true copy of the foregoing document entitled **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** on the interested parties in this action through their counsel as follows:

> **Edward Toptani**
> Toptani Law Offices
> 127 E. 59th St./Third Fl.
> New York, New York  10022
> Phone: (212) 699-8930
> Fax: (212) 699-8939
> E-mail: edward@toptanilaw.com

☒ **BY FEDERAL EXPRESS:** I enclosed said document(s) in an envelope or package provided by Federal Express and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express to receive documents.

☒ **BY E-MAIL** (courtesy copy): I caused a courtesy copy of the document(s) to be sent from e-mail address jsaylor@kelleydrye.com to the persons at the e-mail addresses listed above.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 25, 2016, at New York, New York.

/s/ James B. Saylor
James B. Saylor